# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141200 & (13)(14)

CHRISTA MORAN, f/k/a CHRISTA
MORAN ROY,
    Plaintiff-Appellee,

v

              SC: 141200
              COA: 295746
              Washtenaw CC: 06-000180-DM

MATTHEW ENNIS ROY,
    Defendant-Appellant.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830